UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUC VAN VU,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.   C05-0641-JCC-MAT
(CR04-0180-JCC)

ORDER OF DISMISSAL

    The Court, having reviewed petitioner's 28 U.S.C. § 2255 motion to vacate, respondent's objection, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's 28 U.S.C. § 2255 motion to vacate is DENIED, and this action is DISMISSED with prejudice;

    (3)    The Clerk is directed to send copies of this Order to the parties and Judge Theiler.

DATED this _12th__ day of _August__, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1